# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROOZBEH TAT,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA et al.,<br><br>Defendants. | Case No. CV 22-08570-MCS (DFM)<br><br>Order Accepting Report and<br>Recommendation of<br>United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///
///
///
///

    IT IS THEREFORE ORDERED that Plaintiff is granted leave to file a Third Amended Complaint limited to his Fourth Amendment claim(s) against individual Los Angeles Police Department Officer defendants, and all other claims set forth in Plaintiff's Second Amended Complaint are dismissed without leave to amend. Plaintiff is ORDERED to file a Third Amended Complaint limited to the claims stated above within twenty-eight (28) days of this Order.

Date: May 19, 2023

                                            MARK C. SCARSI
                                            United States District Judge