JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROOZBEH TAT,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA et al.,<br><br>Defendants. | No. CV 22-08570-MCS (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Date: October 4, 2023

*Mark C. Scarsi*
_____
MARK C. SCARSI
United States District Judge